**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA    :   No. 105 WM 2020
:
:
v.                              :
:
:
TERRY JAMES WALLACE            :
:
:
PETITION OF: CHRIS A. PENTZ       :

## ORDER

**PER CURIAM**

      **AND NOW**, this 23rd day of February, 2021, in consideration of the Application to Withdraw as Counsel filed by Chris Pentz, Esquire, and the request for appointment of new counsel advanced by Terry James Wallace (Wallace), this matter is REMANDED to the Court of Common Pleas of Clearfield County.

      It is noted that a court-appointed attorney's representation continues on direct appeal through allocatur review. *See* Pa.R.Crim.P. 122, Note. Attorney Pentz, however, did not file a counseled Petition for Allowance of Appeal on behalf of Wallace. Furthermore, Attorney Pentz's Application to Withdraw as Counsel fails to satisfy the general standard governing such requests. *See Commonwealth v. Santiago*, 978 A.2d 349, 361 (Pa. 2009) (discussing the requirements for an attorney's application to withdraw on direct appeal; instructing that counsel provide, *inter alia*, "a summary of the procedural history and facts, with citations to the record, [as well as] counsel's reasons for concluding that the appeal is frivolous").

The Court of Common Pleas of Clearfield County is ORDERED to determine whether to permit Attorney Pentz to withdraw and, if so, whether to grant Wallace's request for appointment of new counsel.

The Court of Common Pleas of Clearfield County is ORDERED to enter its order regarding this remand within 90 days and to notify this Court promptly of its determination.